UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYLE AYOTTE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV-07-0183-CI<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 16). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8.) After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, THE Appeals Council will remand this case for the administrative law judge to (1) fully evaluate all of the medical opinions, particularly those of Drs. Capes, Brown, Beaty, and Pollack, giving legally sufficient reasons for the evaluation;

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

(2) consider the lay witness statements consistent with 20 C.F.R. §§ 404.1513(d), 416.913(d) and Social Security Ruling (SSR) 06-3p; (3) evaluate Plaintiff's obesity consistent with SSR 02-1p; (4) reassess Plaintiff's residual functional capacity; (5) evaluate the opinion of Ellen Nagourney; and (6) obtain vocational expert testimony to address the issues at step five. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 16)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED December 28, 2007.


                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 2