1

2            **UNITED STATES DISTRICT COURT**

3            **EASTERN DISTRICT OF WASHINGTON**

4

5    LYLE  AYOTTE,                    )
                                      )
6              Plaintiff,             )
                                      )        NO.  CV-07-183-CI
7         vs.                         )
                                      )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,               )        **CIVIL CASE**
     Commissioner of Social Security, )
9                                     )
               Defendant.             )
10                                    )
                                      )
11   _____ )

12       **STIPULATION BY THE PARTIES:**

13       The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15       **IT IS ORDERED AND ADJUDGED** that:

16       The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19       DATED this 28th day of December, 2008.

20                              JAMES R. LARSEN
                                District Court Executive/Clerk
21

22

23                              By:  _s/Renea Ferrante_____
                                     Deputy Clerk
24

25

26   cc: all counsel